UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cv-22311-BLOOM/Otazo-Reyes

BANCOR GROUP INC., and STITCHING
PARTICULIER FONDS FRANEKER,

    Plaintiffs,

v.

EASTERN NATIONAL BANK, N.A.

    Defendant.
_____/

**EXPEDITED MOTION TO SEAL COMPLAINT**

    Plaintiffs, Bancor Group Inc. ("Bancor") and Stitching Particulier Fonds Franeker ("Franeker") (collectively, "Plaintiffs"), pursuant to Local Rule 5.4, move for the entry of an Order sealing the Complaint filed in this matter (DE 1) and permitting Plaintiffs to file a redacted version of the Complaint.

    This is an action seeking an inspection of books and records under Florida Statutes, Chapter 607, Sections 1601 through 1604. The request for books and records stems from certain actions taken by Defendant Eastern National Bank ("ENB") in breach of its obligations pursuant to two Consent Orders entered by the Office of the Comptroller of the Currency ("OCC") in 2018 and 2020.

    Under the Code of Federal Regulations 12. C.F.R. § 19.181 and 12 C.F.R. § 4.32, the OCC can designate certain information related to an OCC investigation as "non-public OCC information" which may not be disclosed with prior OCC approval. The Complaint filed in this matter contains certain information that the OCC has requested be kept confidential under 12. C.F.R. § 19.181 and 12 C.F.R. § 4.32. Accordingly, Plaintiffs respectfully request that this Court

enter an Order, sealing the Complaint filed in this matter (DE 1) and permitting Plaintiffs to re-file a redacted version of the Complaint. The duration of the requested sealing is the duration of the litigation in this case. Because the information contained in the Complaint has been designated as "non-public" by the OCC and is currently accessible to the public, Plaintiffs respectfully request that the Order be entered on an expedited basis.

Dated: 07/07/2021

Respectfully submitted,

By: **Diego Pérez Ara**
Derek E. León
Florida Bar No. 625507
Diego Pérez Ara
Florida Bar No. 1023765
**León Cosgrove, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Facsimile: (305) 437-8158
Email: dleon@leoncosgrove.com
Email: dperez@leoncosgrove.com
Email: eperez@leoncosgrove.com
Email: jfelipe@leoncosgrove.com

*Counsel for Plaintiffs*